**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO: |
| **KATRINA HALL and** | **18-12534-JDW** |
| **CORRY HALL** | |

### NOTICE OF TRUSTEE'S MOTION TO DISMISS CORRY HALL ONLY

Should any party receiving this notice respond or object to said motion, such response or objection is required to be filed on or before October 15, 2018, using the CM/ECF system or with the Clerk of this Court at the following address:

Shallanda J. Clay, Clerk of Court
U. S. Bankruptcy Court
Northern District of Mississippi
703 Highway 145 North
Aberdeen, MS 39730

A copy of such response must be served on the undersigned Chapter 13 Trustee. If no responses are filed, the Court may consider said motion immediately after the time has expired. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

### CERTIFICATE

I, the undersigned Attorney for Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the following attorneys of record and/or parties of interest.

Dated: September 20, 2018

LOCKE D. BARKLEY, TRUSTEE

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com

1

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 CASE NO.:** |
| **KATRINA HALL and<br>CORRY HALL** | **18-12534-JDW** |

### MOTION TO DISMISS CORRY HALL ONLY

COMES NOW Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), by and through counsel, and files this Motion to Dismiss Corry Hall Only (the "Motion") in the above referenced case, and in support thereof states as follows:

1. The Debtors commenced this proceeding by filing a Voluntary Chapter 13 Petition on June 29, 2018 (the "Petition Date"). The 341(a) Meeting of Creditors was scheduled for August 28, 2018, at which time both Debtors appeared. The joint debtor Corry Hall was unable to provide evidence of his social security number as required by Rule 4002(b)(1)(B).

2. The 341(a) Meeting of Creditors was adjourned until September 11, 2018, for Corry Hall to appear and provide proof of his social security number.

3. Corry Hall failed to appear at the continued 341(a) Meeting of Creditors on September 11, 2018, and has not otherwise provided evidence of his social security number.

4. The Trustee requests that Corry Hall be dismissed from this bankruptcy case. His dismissal from this case will not affect Katrina Hall or the continuation of this proceeding.

2

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that upon notice and hearing that this Court enter its order sustaining the Motion and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated:  September 20, 2018

>Respectfully submitted,
>
>LOCKE D. BARKLEY, TRUSTEE
>
>/s/ W. Jeffrey Collier
>ATTORNEYS FOR TRUSTEE
>W. Jeffrey Collier (MSB 10645)
>Melanie T. Vardaman (MSB 100392)
>6360 I-55 North, Suite 140
>Jackson, Miss.  39211
>(601) 355-6661
>ssmith@barkley13.com

## CERTIFICATE OF SERVICE

I, the undersigned Attorney for Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the following attorneys of record and/or parties of interest:

Dated:  September 20, 2018

>/s/ W. Jeffrey Collier
>W. JEFFREY COLLIER