

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                      CHAPTER 13 CASE NO.:

KATRINA HALL and
CORY HALL                                                      18-12534-JDW

AGREED ORDER OVERRULING
OBJECTION TO CONFIRMATION (Dkt. #18)

THIS CAUSE came to be heard on the Objection to Confirmation (Dkt. #18) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") and the Court having been advised that the parties have reached an agreement with respect to the Objection and that they desire to memorialize their agreement in this Agreed Order, and being otherwise advised in the premises, the Court is of the opinion that the agreement of the parties is appropriate and should be set forth herein.  The Court does hereby order and adjudicate as follows:

1. The Objection shall be and is hereby overruled.

2. Within fourteen (14) days of entry of this Agreed Order, the Debtors shall:

    a.    File an objection to the Proof of Claim (Clm. #3) of the Internal Revenue Service (the "IRS") or file their Federal tax returns for the 2015 and 2016 tax years;

    b.    Amend their Chapter 13 Plan (Dkt. #2) to provide for the claims of the IRS (Clm. #3) and Cash Express, LLC (Clm. #2); and

    c.    File amended Schedule A/B to properly disclose the 2000 Ford Ranger.

3.    Failure to comply with the terms of this Agreed Order shall result in confirmation being denied and this case may be dismissed without further notice or hearing.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick
ROBERT H. LOMENICK
ATTORNEY FOR DEBTORS

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645